UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF SOUTHERN FLORIDA

FILED BY _____ D.C.
AUG 11 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Leonard Wyatt Rowe III, Pro Se

V.                                       Case No.: Clerks Office to complete

Office for Civil Rights Headquarters U.S. Department of Health & Human Services, et al

**CERTIFICATE OF SERVICE**

I HEREBY LEONARD WYATT ROWE III CERTIFY that on this 11th day of August, 2022, plaintiff emailed a copies of the Verified Complaint, the foregoing Injunction & accompanying legal memorandums to the following OCR Investighator, **Courtney Petty, JD, MPH** at her email address courtney.petty@hhs.gov.

Courtney Petty, JD, MPH
Investigator;
Office for Civil Rights, Southeast Region
U.S. Department of Health and Human Services
61 Forsyth Street, S.W., Suite 16T70
Atlanta, GA 30303
(404) 562-7521

Email;
courtney.petty@hhs.gov

Respectfully

**Leonard Wyatt Rowe III**
15 Year Veteran, United States Coast Guard
"Semper Paratus," Always Ready

Page 1 of 1

- Copy of Email message serving OCR with Injunction sent to Petty the morning of August 11, 2022

**missionlen@hotmail.com**

| | |
|---|---|
| From: | missionlen@hotmail.com |
| Sent: | Thursday, August 11, 2022 9:47 AM |
| To: | 'Petty, Courtney (HHS/OCR)' |
| Subject: | Injunction OCR |
| Attachments: | Format - Final Injunction Court Order.docx; TOC EMAIL LIST OCR INJUNCTION July 2022.docx; Request Witness Statements Stem Beck and others.docx |

**Leonard Wyatt Rowe III**

1935 Jeri Kay Lane

Sebring, FL 33870

941-799-4806

Date April 19, 2022

**Courtney Petty, JD, MPH**

Investigator

Office for Civil Rights, Southeast Region

U.S. Department of Health and Human Services

61 Forsyth Street, S.W., Suite 16T70

Atlanta, GA 30303

(404) 562-7521


Dear Ms. Petty,

I am filing an Injunction against OCR in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN FLORIDA today. Just read the Injunction and it will explain everything. As Part of my case, I am entering copies of my email exchanges between myself and all related parties. I am unable to attach the emails because the document is much too large to attach, so I have provided a **One Drive** link to the emails. You can down load the email documents very easily when you open the link. I have also attached a TOC of the emails for your convenience. See Link below for emails link;

If you have any problem with any of the downloads, unreadable, or anything else, just let me know and I will resolve the issue as quickly as I can.

1

Leonard Wyatt Rowe III
15 Year Veteran, United States Coast Guard
"Semper Paratus," Always Ready



**Attached**

- Injunction against OCR

- Request Witness Statements

- Email Link to Emails (139 Pgs); https://1drv.ms/b/s!AmZXcw_duZqwivAo3wAlVdIZO4bApg

2