# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF SOUTHERN FLORIDA

Leonard Wyatt Rowe III, Pro Se

FILED BY_____ D.C.
AUG 11 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

V.                                    Case No.: Clerks Office to complete

Office for Civil Rights Headquarters U.S. Department of Health & Human Services, et al

### STATEMENT UNDER PENALTY OF PERJURY

The Plaintiff, <u>Leonard Wyatt Rowe III</u>, hereby swears, and or affirms under penalty of perjury that the information given herein all documents in the plaintiff's case are true and correct to the best of the plaintiff's knowledge or belief.

Respectfully Submitted;

<u>Leonard Wyatt Rowe III</u>                              <u>August 11, 2022</u>
Plaintiff                                                                 Date

*[signature]*

**Leonard Wyatt Rowe III**
1935 Jeri Kay Lane
Sebring, FL 33870
941-799-4806
missionlen@hotmail.com

If anything else you require of me in filing this Injunction Please Contact me.

Respectfully Submitted;

Leonard Wyatt Rowe III                                August 11, 2022
Plaintiff                                             Date

*[signature]*