**Leonard Wyatt Rowe III**
1935 Jeri Kay Lane
Sebring, FL 33870
941-799-4806
missionlen@hotmail.com

FILED BY __MC__ D.C.

AUG 30 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FL.

CASE: <u>2:22-cv-14286-AMC</u>

<u>Date</u>; August 26, 2022

Wilkie D. Ferguson, Jr. Courthouse
US Southern Florida Federal District Court
400 North Miami Avenue
Miami, FL 33128
(305) 523-5250

Dear Court,

I received a document from this court titled IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY dated 8/16/22 & received 8/20/22. According to part of the header of the document just mentioned is "6 pages." The document was only 2 pages and the page number of those pages was not numbered (See enclosed). I am asking the court for the remaining pages of the 6 page document.

The first paragraph of said document ""*If you must…*" may include…
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

I have none of that information of the litigants in the case. I only have names, who they work for and their title. Do privacy concerns include company names and addresses such as those of HCA Healthcare & hospital in Sebring? Since the court wants me to redact the "personal identifiers," the only identifying information of the litigants is personal identifiers. Does the court have ID numbers for the litigants that I can use in my case? If you don't, will the court allow me to create an ID and submit such in a non public document to the court?

So with that said; can I use the litigant's names in the course of my case? Does the court have any alternate way that I can identify the litigants? I really don't think the litigants will willingly provide their SS number or Tax ID unless there is a court order. Please answer in "Plain Writing." Remember, I am pro se and treated liberally.

I am also requesting the court for document copies the court has redacted. Understandably I would need that information in the course of this case. If I appeal the court's recent decision, that information would be valuable in asking the court to reconsider and or appeal. I would say it is necessary information.

Thank you,

<u>Leonard Wyatt Rowe III</u>
15 Year Veteran, United States Coast Guard; "Semper Paratus," Always Ready

U.S. District Court - Southern District of Florida

Leonard Wyatt Rowe III
1935 Jeri Kay Lane
Sebring, FL 33870

---

Case: 2:22-cv-14286-AMC #6        6 pages        Tue Aug 16 14:52:37 2022

---

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless specifically permitted by the rules or Court Order. If you MUST include personal identifiers, ONLY include the limited information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: last four digits only
- Financial Account Numbers: last four digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from filings. The Clerk's Office does not check filings for personal information.
Any personal information included in filings will be accessible to the public over the internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1.
Also see the CM/ECF Administrative Procedures located on the Court's website www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing pro hac vice must file, in each pending case, a notice of change of mailing address or contact information whenever such a change occurs. If court notices sent via the U.S. mail are returned as undeliverable TWICE in a case, notices will no longer be sent to that party until a current mailing address is provided.

IMPORTANT: ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means. See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are advised that the response deadlines automatically calculated in CMECF do NOT account for and may NOT be accurate when service is by mail. Parties may NOT rely on response times calculated in CMECF, which are only a general guide, and must calculate response deadlines themselves.

See reverse side

Subject:Activity in Case 2:22-cv-14286-AMC Rowe v. Office for Civil Rights Headquarters et al Order Dismissing/Closing Case
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 8/16/2022 2:39 PM EDT and filed on 8/16/2022

Case Name: Rowe v. Office for Civil Rights Headquarters et al
Case Number: 2:22-cv-14286-AMC

Filer:

WARNING: CASE CLOSED on 08/16/2022

Document Number: 6


Docket Text:
ORDER DISMISSING COMPLAINT AND DENYING
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS: This case is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED AS MOOT. Closing Case.
(Without Prejudice) Signed by Judge Aileen M. Cannon on 8/16/2022.
<I>See attached document for full details.</I> (scn)


2:22-cv-14286-AMC Notice has been electronically mailed to:


2:22-cv-14286-AMC Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:
Leonard Wyatt Rowe, III
1935 Jeri Kay Lane
Sebring, FL 33870

1935 Jevi Key Lane
Sebring, FL 33870

Wilkie Ferguson Jr. Courthouse
US Southern FL Federal Dist. Court
400 North Miami Ave.
Miami, FL 33128

33128-771699